| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Herndon, David R | 2. Court or Organization<br><br>Southern District of Illinois | 3. Date of Report<br><br>4/23/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,　　Date<br><br>◯ Initial　　⦿ Annual　　◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>750 Missouri Ave<br>East St. Louis, Illinois | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

COPY

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　Trustee | Trust #1, #2, #3, #4, and #5 |
| 2.　Board of Visitor's | Southern Illinois University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY -7 PM 12:41 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Herndon, David R | 4/23/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Herndon, David R | 4/23/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of Edwardsville Direct checking | A | Interest | J | T | | | | | |
| 2. Bank of Edwardsville Premium checking account | A | Interest | J | T | | | | | |
| 3. Bank of Edwardsville Prime investor/checking | A | Interest | J | T | | | | | |
| 4. Community Educ FCU 2 | A | Interest | J | T | | | | | |
| 5. IRA Account Bear Stearns Brokerage IRA account | D | Dividend | M | T | | | | | specific fnds listed below |
| 6. - (IRA) Royal Bank Scotland | | | | | buy | 11-12 | J | | |
| 7. - (IRA) Standard & Poors Depository S P D R S | | | | | | | | | |
| 8. - (IRA) Dreyfus General Money Market Account (IRA) | | | | | | | | | |
| 9. - (IRA) Flaherty & Crumbine pfd Income Fd | | | | | buy | 11-12 | J | | |
| 10. - (IRA) High Income Opportunity fund | | | | | sell | 12-16 | K | | |
| 11. - (IRA) Managed High Income Portfolio | | | | | | | | | |
| 12. - (IRA) Salomon Brothers 2008 Worldwide Dollar | | | | | | | | | |
| 13. - (IRA) Senior High Income Portfolio | | | | | sell | 11-19 | K | A | |
| 14. Bear Stearns Brokerage Account | | | | | | | | | assets listed below |
| 15. - Dreyfus General Money Market Fund (B) | A | Interest | K | T | | | | | |
| 16. - Illinois State G/O College svgs bds zero cpn oid 8/1/03 | A | Interest | | | redemption | 08-01 | K | | |
| 17. - Ohio St Pub FACS copmmn Hghr Ed mun bd 11/01/2010 | A | Interest | K | T | | | | | |
| 18. - State Unv Retrmt Sys IL Spl rev zero cpn mun bond 10/1/03 | A | Interest | | | redemption | 10-01 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - High Income Opportunity Fund | A | Dividend | | | buy | 05-08 | J | | see below for sale in same yr. |
| 20. - High Income Opportunity Fund | | | | | sell | 12-16 | J | | |
| 21. - Cohen & Steers Total Return Realty FD | A | Dividend | K | T | buy | 12-19 | K | | |
| 22. - Flaherty & Crumrine PFD Income Opportunity FD | A | Dividend | J | T | buy | 12-19 | J | | |
| 23. - Salomon Brothers 2008 Worldwide Fd | A | Dividend | J | T | buy | 05-08 | J | | |
| 24. - Corporate High Yield Fund | A | Dividend | | | buy | 05-08 | J | | see below for sale in same yr. |
| 25. - Corporate High Yield Fund | | | | | sell | 10-07 | J | A | |
| 26. TRUST #1 Bear Stearns Brokerage Account | G | div & int | P1 | T | | | | | trust assets listed below |
| 27. - Dreyfus General Money Market Fund | | | | | | | | | |
| 28. - Baltimore MD Convention Ctr Rev Rfdg BEO OID mun bond | | | - | | | | | | |
| 29. - Birmingham ALA Wtrwkd & Swr OID 1/1/2020 | | | | | | | | | |
| 30. - Chicago IL Motor Fuel Tax Rev Rfdg | | | | | | | | | |
| 31. - Clear Lake City Tex Wtr Auth GO Rfdg mun bond | | | | | | | | - | |
| 32. - Dallas TX Indpt Sch Dist GO Rfdg Psf Gtd 8/15/02 | | | | | | | | | |
| 33. - E. Chicago Ind MultiSch GO Bldg Corp Rfdg mun bond | | | | | redemption | 01-15 | L | | |
| 34. - FL St Div Bd Fin Dept Rev Genl Svcs Rev Env Protn mun | | | | | | | | | |
| 35. - Fort Bend TEX Indpt Sch Dist 02/15/2006 mun bond | | | | | | | | | |
| 36. - Hawaii State GO Rfdg Ser Co 03/01/2008 | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Hoffman Estates IL Tax Inc 11/15/2009 | | | | | | | | | |
| 38. - Illinois State GO 12/01/2003 | | | | | redemption | 04-01 | M | | |
| 39. - Illinois St GO Rev mun bond 4/1/2005 | | | | | redemption | 12-01 | L | | |
| 40. - IL Dev Fin Auth Pollution Rev Rfdg Comwlth Ed BEO mun | | | | | | | | | |
| 41. - Jacksonville Fla Port Auth Rev Arpt Rev Rfdg mun bond | | | | | redemption | 10-01 | M | B | |
| 42. - Lewis Cnty Wash Pub Util Dist | | | | | buy | 11-25 | M | | |
| 43. - Long Island Pwr Auth | | | | | buy | 05-13 | M | | |
| 44. - MO St Health & Edl Facs Rev Rfdg StLU BEO Oid mun bond | | | | | | | | | |
| 45. - Kansas City MO GO Zoo Impt 10/01/2003 | | | | | redemption | 10-01 | L | | |
| 46. - Phoenix Ariz Rfdg Ser B ID mun bond 7/01/2016 | | | - | | redemption | 07-01 | M | | |
| 47. - Puerto Rico Muni Fin Agy Rev Fa Ser 99A BEO mun bond | | | | | | | | | |
| 48. - Puerto Rico Commonwealth GO Pub Impt 7/1/2010 | | | | | | | | | |
| 49. - Puerto Rico Mun Fin Agy GO Ser A 8/01/2011 | | | | | | | | | |
| 50. - St Louis Cnty MO Rfdg & Impt GO SerB BEO OID mun bond | | | | | redemption | 02-03 | L | | |
| 51. - Texas St Tex Pub Fin Auth SerB GO AO BEO OID mun bond | | | | | | | | | |
| 52. - Wayne Charter Cnty Mich Arpt Rev Detroit metro BEO mun | | | | | | | | | |
| 53. - Abbott Laboratories cmn | | | | | | | | | |
| 54. - American Express | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. - American International Group | | | | | | | | | |
| 56. - American International Group | | | | | buy | 02-11 | L | | |
| 57. - American International Group | | | | | part. Sell | 03-24 | L | C | |
| 58. - Automatic Data Processing Inc. cmn | | | | | | | | | |
| 59. - Automatic Data Processing Inc. cmn | | | | | buy | 03-26 | K | | |
| 60. - Automatic Data Processing Inc. cmn | | | | | part. Sell | 12-24 | K | | |
| 61. - Citigroup Inc cmn | | | | | | | | | |
| 62. - Chevron Texaco Corp | | | | | | | | | |
| 63. - Cisco Systems Inc. cmn | | | | | | | | | |
| 64. - Coca Cola Co | | | | | | | | | |
| 65. - Call Coca Cola Co Jan 060 | | | | | expired | 01-22 | J | B | |
| 66. - Coca Cola Co | | | | | buy | 07-30 | K | | |
| 67. - Coca Cola Co | | | | | part. Sell | 10-10 | K | C | |
| 68. - Debt Strategies Fd. Inc | | | | | sell | 01-31 | K | | |
| 69. - EMC Corp-Mass | | | | | | | | | |
| 70. - Exxon Mobil | | | | | buy | 05-13 | M | | |
| 71. - General Electric Co | | | | | | | | | |
| 72. - HCA Inc | | | | | buy | 04-15 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Hewlett Packard Co. | | | | | buy | 11-21 | K | | |
| 74. - Home Depot Inc cmn | | | | | | | | | |
| 75. - Home Depot Inc cmn | | | | | buy | 01-02 | K | | |
| 76. - Home Depot Inc. cmn | | | | | part. Sell | 12-24 | K | | |
| 77. - Call Home Depot | | | | | buy | 07-14 | J | | |
| 78. - Call Home Depot | | | | | expired | 08-20 | J | B | |
| 79. - Intel Corp cmn | | | | | | | | | |
| 80. - Intel Corp cmn | | | | | buy | 05-13 | J | | |
| 81. - Kinder Morgan Energy Partners | | | | | | | | | |
| 82. - Kinder Morgan Energy Partners | | | - | | part. Sell | 05-13 | K | E | |
| 83. - MBNA Corp cmn | | | | | | | | | |
| 84. - Medcohealth Solutions | | | | | spin-off | 08-25 | J | | see below for sale in same yr. |
| 85. - Medcohealth Solutions | | | | | sell | 08-29 | J | | |
| 86. - Metlife Inc. | | | | | | | | | |
| 87. - Merck & Co Inc. cmn | | | | | | | | | |
| 88. - Merck & Co Inc cmn | | | | | part. Sell | 12-24 | K | | |
| 89. - Microsoft Corp cmn | | | | | | | | | stock split 02-21-2003 |
| 90. - Microsoft Corp cmn | | | | | part. Sell | 12-24 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Val<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. - Nasdaq shares | | | | | sell | 09-15 | L | E | |
| 92. - Northern Trust Corp cmn | | | | | | | | | |
| 93. - Northern Trust Corp cmn | | | | | buy | 03-26 | K | | |
| 94. - Northern Trust Corp cmn | | | | | part. Sell | 04-10 | K | B | |
| 95. - Pfizer Inc. cmn | | | | | | | | | |
| 96. - Unilever PLC | | | | | | | | | |
| 97. - Viacom Inc-Cl B cmn | | | | | | | | | |
| 98. - Corporate High Yield Fund III Inc | | | | | sell | 12-01 | K | | |
| 99. - Corporate High Yield Fund Inc | | | | | sell | 10-10 | K | A | |
| 100. - High Income Opportunity Fund | | | - | | sell | 12-18 | K | | |
| 101. - Managed High Income Portfolio | | | | | | | | | |
| 102. - Salomon Brothers High Income Fund II Inc. | | | | | sell | 10-31 | K | C | |
| 103. - Salomon Brothers 2008 Worldwide FD | | | | | buy | 02-07 | K | | |
| 104. TRUST #2 Bear Sterns Brokerage Account | C | Dividend | M | T | | | | | assets detailed<br>below |
| 105. -Dreyfus General Money Market Fund B | | | | | | | | | |
| 106. -Abbott Laboratories | | | | | | | | | |
| 107. -American Express Company | | | | | | | | | |
| 108. -American International Group | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -American International Group | | | | | buy | 05-28 | J | | |
| 110. -Automatic Data Processing Inc | | | | | buy | 05-08 | J | | |
| 111. -Citigroup Inc | | | | | | | | | |
| 112. -ChevronTexaco Corp | | | | | | | | | |
| 113. -ChevronTexaco Corp | | | | | buy | 05-28 | J | | |
| 114. -Cisco Systems Inc | | | | | | | | | |
| 115. -Coca Cola Co | | | | | | | | | |
| 116. -Exxon Mobil Corp | | | | | buy | 05-08 | J | | |
| 117. -General Electric Co | | | | | | | | | |
| 118. -HCA Inc | | | - | | buy | 05-08 | J | | |
| 119. -Hewlett Packard Company | | | | | buy | 11-21 | J | | |
| 120. -Home Depot | | | | | buy | 01-02 | J | | |
| 121. -Intel Corp | | | | | | | | | |
| 122. -Intel Corp | | | | | buy | 05-28 | J | | |
| 123. -Kinder Morgan Energy Partners LTD partnership | | | | | | | | | |
| 124. -MBNA Corp | | | | | | | | | |
| 125. -MedcoHealth Solutions | | | | | spin-off | 08-20 | J | | see below for sale in same yr. |
| 126. -MedcoHealth Solutions Inc | | | | | sell | 08-26 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. -Metlife | | | | | buy | 05-08 | J | | |
| 128. -Merck & Co Inc | | | | | | | | | |
| 129. -Microsoft Corp | | | | | | | | | stock split 02-21-2003 |
| 130. -Nasdaq 100 Shares QQQ | | | | | buy | 05-28 | J | | see below for sale in same yr. |
| 131. -Nasdaq 100 Shares QQQ | | | | | sell | 09-10 | J | B | |
| 132. -Northern Trust Corp | | | | | buy | 05-28 | J | | |
| 133. -Pfizer Inc | | | | | | | | | |
| 134. -Pfizer Inc | | | | | buy | 05-28 | J | | |
| 135. -Unilever PLC | | | | | | | | | |
| 136. TRUST #3 Bear Sterns Securities Corp | C | Dividend | -N | T | | | | | assets detailed below |
| 137. -Dreyfus General Money Market Fund Cl B | | | | | | | | | |
| 138. -Abbott Laboratories | | | | | | | | | |
| 139. -American Express Company | | | | | | | | - | |
| 140. -American International Group | | | | | | | | | |
| 141. -American International Group | | | | | buy | 05-28 | J | | |
| 142. -Automatic Data Processing Inc. | | | | | buy | 05-08 | J | | |
| 143. -Citigroup Inc | | | | | | | | | |
| 144. -ChevronTexaco Corp | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. -ChevronTexaco Corp | | | | | buy | 05-28 | J | | |
| 146. -Cisco Systems Inc | | | | | | | | | |
| 147. -Coca Cola Co | | | | | | | | | |
| 148. -Exxon Mobil Corp | | | | | buy | 05-08 | J | | |
| 149. -General Electric | | | | | | | | | |
| 150. -HCA Inc | | | | | buy | 05-08 | J | | |
| 151. -Hewlett Packard Co | | | | | buy | 11-21 | J | | |
| 152. -Home Depot Inc | | | | | buy | 01-02 | J | | |
| 153. -Intel Corp | | | | | | | | | |
| 154. -Intel Corp | | | - | | buy | 05-28 | J | | |
| 155. -Kinder Morgan Energy Partners LTD partnership | | | | | | | | | |
| 156. -MBNA Corp | | | | | | | | | |
| 157. -MedcoHealth Solutions Inc | | | | | spin-off | 08-25 | J | - | see below for sale in same yr. |
| 158. -MedcoHealth Solutions Inc | | | | | sell | 08-26 | J | A | |
| 159. -Metlife Inc | | | | | buy | 05-08 | J | | |
| 160. -Merck & Co Inc | | | | | | | | | |
| 161. -Microsoft Corp | | | | | | | | | stock split 02-21-2003 |
| 162. -Nasdaq ███ Shares QQQ | | | | | buy | 05-28 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. -Nasdaq ▉ Shares QQQ | | | | | sell | 09-10 | J | B | |
| 164. -Northern Trust Corp | | | | | buy | 05-28 | J | | |
| 165. -Pfizer Inc | | | | | | | | | |
| 166. -Pfizer Inc. | | | | | buy | 05-28 | J | | |
| 167. -Unilever PLC | | | | | | | | | |
| 168. TRUST #4 Bear Sterns Brokerage Account | A | Dividend | L | T | | | | | assets detailed below |
| 169. -Dreyfus General Money Market Fund B | | | | | | | | | |
| 170. -Standard & Poors Depository Receipts (SPDRS) | | | | | | | | | |
| 171. -Standard & Poors Midcap 400 Dep Rcpts (midcap SPDRS) | | | | | | | | | |
| 172. -Goldman Sachs Capital Growth Fund Cl A | | | | | sell | 01-29 | J | | |
| 173. -Sector Spdr Trust-Utilities-XLU | | | | | buy | 01-30 | J | | |
| 174. -Sector Spdr Trust-Industrial-XLI | | | | | buy | 01-30 | J | | |
| 175. -Sector Spdr Trust-Technology-XLK | | | | | buy | 01-30 | J | | |
| 176. -Sector Spdr Trust-Financial-XLF | | | | | buy | 01-30 | J | | |
| 177. -Sector Spdr Trust-Energy-XLE | | | | | buy | 01-30 | J | | |
| 178. -Select Sector Spdr Fund-XLY | | | | | buy | 01-30 | J | | |
| 179. -Select Sector Spdr Fund - Health Care - XLV | | | | | buy | 01-30 | J | | |
| 180. -Select Spdr Trust-Consumer Staples-XLP | | | | | buy | 01-30 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181.  -Select Sector Spdr Fund-Materials XLB | | | | | buy | 01-30 | J | | |
| 182.  TRUST #5 Bear Stearns Brokerage Account | A | Interest | J | T | | | | | Asset detailed below. |
| 183.  -Dreyfus General Money Market Account | | | | | buy | 12-23 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Herndon, David R | 4/23/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NONE

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████          Date __May 6, 2004__

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544